IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHEAREAN JEAN MEANS,

    Petitioner,

v.                                  CASE NO. 4:08-cv-00038-MP-WCS

WARDEN PAIGE AUGUSTINE,
FCI TALLAHASSEE,
UNITED STATES JUSTICE DEPARTMENT,

    Respondents.

_____/

**O R D E R**

    This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that the petition under 28 U.S.C. § 2241 be summarily dismissed. The petitioner filed objections, doc. 7, which the Court has reviewed. The Court agrees with the Magistrate Judge that petitioner has not shown any of the special circumstances required under <u>Wofford v. Scott</u>, 177 F.3d 1236, 1244 (11th Cir. 1999) to allow bringing a challenge to a sentence or conviction under 28 U.S.C. § 2241 rather than 28 U.S.C. § 2255. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The petition under 28 U.S.C. § 2241 is denied and this case dismissed.

    **DONE AND ORDERED** this <u>12th</u> day of November, 2008

                        *s/Maurice M. Paul*
                     Maurice M. Paul, Senior District Judge