IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHEAREAN JEAN MEANS,

    Petitioner,

v.                                    CASE NO. 4:08-cv-00038-MP-WCS

WARDEN PAIGE AUGUSTINE,
FCI TALLAHASSEE,
UNITED STATES JUSTICE DEPARTMENT,

    Respondents.

_____/

## **O R D E R**

This matter is before the Court on Doc. 13, Limited Remand from the United States Court of Appeals for the Eleventh Circuit as to Doc. 10, Notice of Appeal Filed by Schearean Jean Means. The Eleventh Circuit remanded the matter to the undersigned to determine when Petitioner's notice of appeal was delivered to prison officials for forwarding to the district court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

Petitioner shall file, under oath, an affidavit setting out the dates and manner that the notice of appeal was delivered to the prison officials for mailing. Petitioner shall also file whatever documents he seeks to rely upon in showing that the notice was timely delivered to prison officials. The filing required under this order shall be done by the petitioner no later than June 19, 2009.

**DONE AND ORDERED** this _28th_ day of May, 2009

                              *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge