IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHEAREAN JEAN MEANS,

    Petitioner,

v.                                          CASE NO. 4:08-cv-00038-MP-WCS

WARDEN PAIGE AUGUSTINE,
FCI TALLAHASSEE, UNITED STATES
JUSTICE DEPARTMENT,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 15, Response by Schearean Jean Means to Doc. 14, an Order of the Court. In the Order, the Court required Petitioner to provide evidence showing that the Notice of Appeal was delivered to prison authorities within 60 days of the final judgment, as required by Fed. R. App. P. 4(a)(1)(B). Under the "prison mailbox rule," a pro se prisoner's court filing is deemed filed on the date it is delivered to prison authorities for mailing. See Fed. R. App. P. 4(c); Houston v. Lack, 487 U.S. 266, 275–76, 108 S. Ct. 2379, 2384–85 (1988).

The Petitioner responded and attached an affidavit of Arthur Brennan Malloy, who describes himself as the "layman-assistant" giving aid to Petitioner. Mr. Malloy avers that

> On or about, December 15, 2009,[1] I prepared and deposited in the United States Mail for filing, in the United States District Court for the Northern District of Florida, a "Notice of Appeal" from the judgment and order of the District Court dismissing the 28 U.S.C. § 2241-Habeas Corpus Petition (in case No. 4:08-cv-00038-MMP-WCS). The "Notice of Appeal" was deposited in the United States

---

[1] The Court will assume that Mr. Malloy meant to put "2008" rather than "2009" here.

Post Office-Birmingham, Alabama 350.[2]"

Doc. 15, p. 3. Mr. Malloy also indicated that he is incarcerated at the St. Clair Correctional Facility in or near Birmingham, Alabama.

In Petitioner's part of the response, Petitioner reiterates that the Notice was placed in the mail at Birmingham, and supports that assertion by stating, "(See: Clerk's Record, Envelope containing the Notice of Appeal, 'post-marked' Birmingham, Alabama)." The Court has reviewed the Docket Sheet and file in this case and no such envelope exists. Instead, attached to Doc. 10 is an envelope which contained the Notice of Appeal this Court received and which is post-marked "Tallahassee, FL 28 JAN 2009." The Notice of Appeal itself is time-stamped January 29, 2009.

The response by the Petitioner is thus insufficient to show that the Notice was filed on December 15, 2008. The Petitioner shall file, by Friday, August 14, 2009, a copy of the Envelope referred to (post-marked Birmingham in December of 2008), and Petitioner shall file a written explanation of whether the Notice of Appeal was placed in a prison's mail system or the Post Office directly. Finally, Petitioner shall specify in the response who placed the Notice of Appeal in which facility, on what date, and in what manner.

**DONE AND ORDERED** this _17th_ day of July, 2009

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge

---

[2]The Court is unable to discern what the "350" here refers to.