IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SCHEAREAN JEAN MEANS,

    Petitioner,

v.                                                                  CASE NO. 4:08-cv-00038-MP-WCS

WARDEN PAIGE AUGUSTINE,
FCI TALLAHASSEE, UNITED STATES
JUSTICE DEPARTMENT,

    Respondents.

_____/

**O R D E R**

This matter is before the Court on Doc. 13, Limited Remand from the United States Court of Appeals for the Eleventh Circuit as to Doc. 10, Notice of Appeal Filed by Schearean Jean Means. The Eleventh Circuit remanded the matter to the undersigned to determine when Petitioner's notice of appeal was delivered to prison officials for forwarding to the district court. The undersigned directed that Petitioner should file, under oath, an affidavit setting out the dates and manner that the notice of appeal was delivered to the prison officials for mailing.

Petitioner filed a response which referred to a document allegedly in the record: "(See: Clerk's Record, Envelope containing the Notice of Appeal, 'post-marked' Birmingham, Alabama)." The Court reviewed the Docket Sheet and file in this case and could not locate such an envelope. Instead, attached to Doc. 10 is an envelope which contained the Notice of Appeal as received by this Court. That envelope is post-marked "Tallahassee, FL 28 JAN 2009." The

Notice of Appeal itself is time-stamped January 29, 2009.

> The Court therefore entered an order which directed:
>
> The Petitioner shall file, by Friday, August 14, 2009, a copy of the Envelope referred to (post-marked Birmingham in December of 2008), and Petitioner shall file a written explanation of whether the Notice of Appeal was placed in a prison's mail system or the Post Office directly. Finally, Petitioner shall specify in the response who placed the Notice of Appeal in which facility, on what date, and in what manner.

Petitioner has failed to respond in any way. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The undersigned determines that Petitioner has not shown the notice of appeal was not delivered to prison officials in a timely fashion.

The Clerk is directed to return the record, as supplemented, to the Eleventh Circuit for further proceedings.

**DONE AND ORDERED** this  *14th*   day of September, 2009

       *s/Maurice M. Paul*
       Maurice M. Paul, Senior District Judge